STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.,
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR98-00272 ACK |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | INDICTMENT |
|  | ) | [26 U.S.C. § 7206(1) & |
|  | ) | 26 U.S.C. § 7206(2)] |
| v. | ) |  |
|  | ) |  |
| DAVID CHANG,       (01) | ) |  |
| ALAN CHANG,        (02) | ) |  |
| SIMON CHANG,       (03) | ) |  |
| BRIAN I. TANOUE,   (04) | ) |  |
|  | ) |  |
| Defendants. | ) |  |

INDICTMENT

COUNT 1

The grand jury charges that:

On or about April 15, 1992, in the District of Hawaii, the Defendant, DAVID CHANG, a resident of Honolulu, Hawaii, did

willfully make and subscribe a Form 1120 S, 1991 U.S. Income Tax Return for an S Corporation, for Fortune Designs Collections, Corporation, in his capacity as president of that corporation, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which Form 1120 S, 1991 U.S. Income Tax Return for an S Corporation, he did not believe to be true and correct as to every material matter in that the Form 1120 S, U.S. Income Tax Return for an S Corporation, for Fortune Designs Collections, Corporation, stated at line 1C that the corporation's gross receipts for 1991 were $1,148,443.00, whereas, as he then and there well knew and believed, the gross receipts that should have been reported at line 1C were $2,881,869.00.

In violation of Title 26, United States Code, Section 7206(1).

### COUNT 2

The grand jury further charges that:

That on or about April 15, 1992, in the District of Hawaii, the Defendant, DAVID CHANG, a resident of Honolulu, Hawaii, did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return, for the calendar year 1991, which was verified by a written declaration that it was made under the

2

penalties of perjury and was filed with the Internal Revenue Service, which Income Tax Return he did not believe to be true and correct as to every material matter in that the said return, reported a total income at line 23 in the amount of $60,711.00, whereas, as he then and there well knew and believed, he had received total income in the amount of $72,222.00.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 3

The grand jury further charges that:

On or about March 26, 1994, in the District of Hawaii, the Defendant, ALAN CHANG, a resident of Honolulu, Hawaii, did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return for the calendar year 1991, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which Income Tax Return he did not believe to be true and correct as to every material matter in that the said return, reported total income at line 23 in the amount of $22,310.00, whereas, as he then and there well knew and believed, he had received total income in the amount of $55,504.00.

3

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 4

The grand jury further charges that:

On or about April 14, 1993, in the District of Hawaii, the Defendant, SIMON CHANG, a resident of Honolulu, Hawaii, did willfully make and subscribe a Form 1040 A, U.S. Individual Income Tax Return for the calendar year 1991, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which Income Tax Return he did not believe to be true and correct as to every material matter in that the said return, reported a total income at line 14 in the amount of $16,910.00, whereas, as he then and there well knew and believed, he had received total income in the amount of $28,357.00.

In violation of Title 26, United States Code, Section 7206(1).

## COUNTS 5-7

The grand jury further charges that:

1. On or about the dates here and after set forth, in the District of Hawaii, the Defendant, BRIAN I. TANOUE, a resident of Honolulu, Hawaii, did willfully aid and assist in and

procure, counsel and advise the preparation and presentation to the Internal Revenue Service of a Form 1120 S, U.S. Income Tax Return for an S Corporation, and Forms 1040, U.S. Individual Income Tax Returns for the taxpayers and calendar years here and after specified, which were false and fraudulent as to material matters, in that they represented that the said taxpayers were entitled under the provisions of the Internal Revenue laws, to state that their gross receipts in the case of the corporation, and total income in the case of the individuals, under the provision of the Internal Revenue laws, were in an amount here and after specified, whereas, as the defendant, BRIAN I. TANOUE, well knew and believed, the said taxpayers were substantially understating their gross receipts and total income as described below.

The allegations of paragraph 1 are repeated and realleged in Counts 5 through 7, inclusive, of this indictment, as though fully set forth therein:

| COUNT | DATE | TAXPAYER | TAX YEAR | FALSELY STATED ITEM | TRUE ITEM |
|---|---|---|---|---|---|
| 5 | 4/15/92 | Fortune Designs Collections Corporation | 1991 | Gross Receipts $1,148,443.00 | Gross Receipts $2,881,869.00 |

5

| 6 | 4/15/92 | David Chang | 1991 | Total Income $60,711.00 | Total Income $72,222.00 |
| 7 | 4/14/93 | Simon Chang | 1991 | Total Income $16,810.00 | Total Income $28,357.00 |

In violation of Title 26, United States Code, Section 7206(2).

DATED: April 15, 1998 at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, Grand Jury

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

U.S.A. v. David Chang, et al.,
CR. No.
Indictment